**STATE of Missouri, Respondent,**

v.

**Eric Jeffrey CROW, Appellant.**

**No. WD 35771.**

Missouri Court of Appeals, Western District.

Jan. 22, 1985.

Leman E. Atherton, Public Defender, Milan, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and MANFORD and KENNEDY, JJ.

## ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for forcible rape, in violation of § 566.-030.1, RSMo (Supp.1983).

Affirmed.   Rule 30.25(b).